**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOHN BRILEY                                                                                                      PETITIONER

v.                                          NO. 5:14CV00222 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                                  RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).  The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right.  Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 16th day of October, 2014.

                                                                                        /s/ J. Leon Holmes
                                                                                        UNITED STATES DISTRICT JUDGE