**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN BRILEY                                                                                                              PETITIONER

v.                                             NO. 5:14CV00222 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                                     RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 16th day of October, 2014.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE